IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE WOOD, ANTHONY ALFARO and AARON DIETRICH on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON REFINING LOGISTICS SERVICES LLC,<br><br>Defendant. | CASE NO. 4:19-cv-04287-YGR<br><br>[PROPOSED] ORDER ENTERING JUDGMENT FOR DEFENDANT AS TO THIRD CAUSE OF ACTION<br><br>Judge:   Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: June 24, 2019<br>1st Amnd. Complt. Filed: January 6, 2020<br>2nd Amnd. Complt. Filed: January 24, 2020<br>3rd Amnd. Complt. Filed: January 21, 2021<br>4th Amnd. Complt. Filed: June 8, 2021<br>5th Amnd. Complt. Filed: June 17, 2022<br>Trial Date: None Set |

The Court, having fully considered the parties' Joint Stipulation Requesting Entry of Judgment for Defendant as to the Third Cause of Action, and in light of *Naranjo v. Spectrum Security Services, Inc.*, No. S279397, 2024 WL 1979980 (Cal. May 6, 2024), and the Court's prior conclusion that "it was unclear at the time of the alleged wage violations whether Marathon required class members to report for work" (Dkt. 201 at 15), HEREBY ORDERS that judgment is entered in favor of Defendant Marathon Refining Logistics Services LLC as to Plaintiffs' Third Cause of Action because Defendant's "good faith" defense forecloses that claim.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**.

DATED:   July 1         , 2024

By: _____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge